WILBUR GREEN ET AL. *v.* EUGENE D. MASSEY

HOUSE, C. J., THIM, RYAN, SHAPIRO and LOISELLE, Js.

Argued December 10—decided December 10, 1971

*James N. Egan,* for the appellants (named plaintiff et al.).

*Snow G. Munford,* for the appellee (defendant).

PER CURIAM. This action, alleging negligence and contributory negligence, arose out of an intersection collision. The jury rendered a verdict for the defendant and the court refused to set it aside. The record discloses that the decisive questions were factual and in the province of the jury to determine. We find no error in the conclusions they reached nor in the judgment rendered thereon.

There is no error.